DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEXEI RASIN,**
Appellant,

v.

**2080 OCEAN DRIVE CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D18-3743

[April 1, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 18-006999.

Alexei Rasin, North Miami Beach, pro se.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, Devang Desai and Emily C. Smith of Gaebe, Mullen, Antonelli & DiMatteo, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.  See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

CONNER, FORST and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***